UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RAMA SIBAI,

      Plaintiff,

v.

Case No. 24-cv-12549
Hon. Matthew F. Leitman

UNITED STATES EMBASSY IN
JORDAN, DEPUTY CHIEF OF MISSION
ROHIT NEPAL, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 5, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126